UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

| | |
|---|---|
| TERRY LYNNE HOLYFIELD | CASE NO. 20-10445 |
| 508 WOOD STREET | JUDGE BENJAMIN A. KAHN |
| GIBSONVILLE, NC  27249 | |

DEBTOR

SSN(1) XXX-XX-2856                                           DATE:  07/07/2021

REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ADAPT HEALTH<br>P O BOX 749057<br>LOS ANGELES, CA  90074 | $0.00<br>INT: .00%<br>NAME ID: 182249<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ALAMANCE CO REGISTER OF DEEDS<br>P O BOX 837<br>GRAHAM, NC  27253 | $52.00<br>INT: .00%<br>NAME ID: 1735<br>CLAIM #: 0033 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $0.00<br>INT: .00%<br>NAME ID: 2794<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ALAMANCE REGIONAL MEDICAL CTR<br>1240 HUFFMAN MILL RD<br>BURLINGTON, NC  27215 | $0.00<br>INT: .00%<br>NAME ID: 23755<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AMERICREDIT FINANCIAL SERVICES INC<br>DBA GM FINANCE<br>P O BOX 183853<br>ARLINGTON, TX  76096 | $6,609.94<br>INT: .00%<br>NAME ID: 151624<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 8085<br>COMMENT: |
| BURLINGTON CITY TAX COLLECTOR<br>P O BOX 1358<br>BURLINGTON, NC  27216 | $0.00<br>INT: .00%<br>NAME ID: 27542<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAPITAL ONE NA<br>BY AMERICAN INFORSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $6,106.57<br>INT: .00%<br>NAME ID: 180320<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 9537<br>COMMENT:  WALMART |
| CAPITAL ONE NA<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $908.25<br>INT: .00%<br>NAME ID: 135165<br>CLAIM #: 0019 | (U) UNSECURED<br><br>ACCT: 8900<br>COMMENT: |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10445

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $2,211.99<br>INT: .00%<br>NAME ID: 174688<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 8844<br>COMMENT: |
| CITICARDS<br>CUSTOMER SERVICE<br>P O BOX 6500<br>SIOUX FALLS, SD  57117 | $0.00<br>INT: .00%<br>NAME ID: 171775<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| COMENITY BANK<br>BANKRUPTCY DEPT<br>P O BOX 182125<br>COLUMBUS, OH  43218-2125 | $0.00<br>INT: .00%<br>NAME ID: 169851<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  CHILDRENS PLACE |
| DUKE UNIVERSITY HEALTH SYSTEM<br>5213 S ALSTON AVE<br>DURHAM, NC  27713 | $982.55<br>INT: .00%<br>NAME ID: 115926<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 2856<br>COMMENT: |
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 38570<br>CLAIM #: 0016 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FORD MOTOR CREDIT COMPANY LLC<br>SMITH DEBNAM NARRON DRAKE<br>SAINTSING & MYERS LLP<br>P O BOX 176010<br>RALEIGH, NC  27619-6010 | $0.00<br>INT: .00%<br>NAME ID: 175132<br>CLAIM #: 0008 | (U) UNSECURED<br>AMENDED<br>ACCT: 5580<br>COMMENT:  OC,621D/A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 2856<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $2,641.54<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 6954<br>COMMENT: |
| LAB CORP<br>358 S MAIN ST<br>BURLINGTON, NC  27215 | $0.00<br>INT: .00%<br>NAME ID: 37506<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MEDBRIDGE HOME MEDICAL<br>P O BOX 934687<br>ATLANTA, GA  31193 | $0.00<br>INT: .00%<br>NAME ID: 182250<br>CLAIM #: 0021 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $2,504.82<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0029 | (U) UNSECURED<br><br>ACCT: 2079<br>COMMENT: |
| MOSES CONE HEALTH SYSTEMS<br>% CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 164022<br>CLAIM #: 0022 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10445

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0004 | (P) PRIORITY<br>NOT FILED<br>ACCT:  2856<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $402.08<br>INT:  .00%<br>NAME ID:  68146<br>CLAIM #:  0027 | (U) UNSECURED<br><br>ACCT:  6275<br>COMMENT:  BELK |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,838.61<br>INT:  .00%<br>NAME ID:  68146<br>CLAIM #:  0028 | (U) UNSECURED<br><br>ACCT:  7734<br>COMMENT:  CARE CREDIT |
| SEARS<br>% CITI<br>P O BOX 653095<br>DALLAS, TX  75265-0370 | $0.00<br>INT:  .00%<br>NAME ID:  162942<br>CLAIM #:  0023 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SHEETZ FIRST BANKCARD<br>FIRST BANKCARD<br>P O BOX 2557<br>OMAHA, NE  68103-2557 | $0.00<br>INT:  .00%<br>NAME ID:  170639<br>CLAIM #:  0024 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SUNTRUST BANK NOW TRUIST BANK<br>ATTN SUPPORT SERVICES<br>P O BOX 85092<br>RICHMOND, VA  23286 | $3,228.84<br>INT:  .00%<br>NAME ID:  180609<br>CLAIM #:  0025 | (U) UNSECURED<br><br>ACCT:  5156<br>COMMENT: |
| SYNCHRONY BANK<br>P O BOX 965061<br>ORLANDO, FL  32896 | $0.00<br>INT:  .00%<br>NAME ID:  150390<br>CLAIM #:  0026 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  ASHLEY HOME |
| TD BANK<br>CUSTOMER SERVICE<br>P O BOX 84037<br>COLUMBUS, GA  31908-4037 | $0.00<br>INT:  .00%<br>NAME ID:  176582<br>CLAIM #:  0030 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| THE HOME DEPOT<br>P O BOX 981064<br>EL PASO, TX  79998 | $0.00<br>INT:  .00%<br>NAME ID:  182251<br>CLAIM #:  0031 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TRUIST BANK<br>ATTN CASH OPER 900-01-01-04<br>111 MILLPOINT CIR<br>GREENVILLE, SC  29607 | MONTHLY PMT  $511.42<br>INT:  .00%<br>NAME ID:  184516<br>CLAIM #:  0005 | (H) ONGOING-SECURED<br><br>ACCT:  2535<br>COMMENT:  DT RERP,CTD EFF<br>W-SEPT20,521A,421A,221TFCL |
| TRUIST BANK<br>ATTN CASH OPER 900-01-01-04<br>111 MILLPOINT CIR<br>GREENVILLE, SC  29607 | $1,502.25<br>INT:  .00%<br>NAME ID:  184516<br>CLAIM #:  0006 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT:  2535<br>COMMENT:  ARR JUN THRU<br>AUG20,421A,221TFCL |
| TRUIST BANK<br>ATTN CASH OPER 900-01-01-04<br>111 MILLPOINT CIR<br>GREENVILLE, SC  29607 | $1,389.51<br>INT:  .00%<br>NAME ID:  184516<br>CLAIM #:  0007 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT:  2535<br>COMMENT:  ARR THU<br>MAY20,421A,221TFCL |

PAGE 4 - CHAPTER 13 CASE NO. 20-10445

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| VERIZON | $869.19 | (U) UNSECURED |
| BY AMERICAN INFOSOURCE | INT: .00% | |
| P O BOX 4457 | NAME ID: 176218 | ACCT: 0001 |
| HOUSTON, TX 77210-4457 | CLAIM #: 0032 | COMMENT: |

| **TOTAL:** | **$32,759.56** | |
|---|---|---|
| JOHN T ORCUTT ESQ | $4,850.00 | ATTORNEY FEE |
| 6616-203 SIX FORKS ROAD | | |
| RALEIGH, NC 27615 | | |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC 27402-1720

PAGE 5  -  CHAPTER 13 CASE NO. 20-10445

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

Clerk, U.S. Bankruptcy Court
101 S. Edgeworth Street
P.O. Box 26100
Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  07/07/2021                                                   OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
Attorney for Debtor - Electronic Notice